UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-10094-CIV-HIGHSMITH

IN THE MATTER OF THE
COMPLAINT of FURY FLYER, INC.
and FURY De MEXICO S.A. De C.V. for
Exoneration from or Limitation of
Liability.
_____/



## ORDER

THIS CAUSE is before this Court upon Claimant Debbie Bignall's Motion, Stipulation and Supporting Memorandum of Law in Support of a Stay of these Federal Court Proceedings Pending Adjudication of State Court Action ("Claimant's Motion")(DE #9). This Court has reviewed Claimant's Motion, Petitioners' Memorandum of Law in Opposition to Claimant's Motion (DE #11), Claimant's Reply in Support of Claimant's Motion (DE #12), the case file, and the applicable legal authorities.

It is hereby ORDERED AND ADJUDGED that Claimant's Motion is GRANTED. This action is STAYED pending disposition of the claimant's state court action. However, this Court may take action on those matters that are not subject to determination by the state court and therefore this matter remains OPEN. Additionally, Claimant shall file a status report with this Court every three months (starting on December 31, 2004) advising this Court of the status of the state court proceeding.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 22 day of December, 2004.

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record